Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-383-898**

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 23, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Helmet Double Exposure |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | August 01, 2016 |
| Nation of 1st Publication: | Canada |

## Author

| | |
|---|---|
| • Author: | Benjamin Robert Haggar |
| Author Created: | photograph |
| Citizen of: | Canada |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Benjamin Robert Haggar |
| | PO Box 763, Whistler, BC, V0N 1B0, Canada |

## Rights and Permissions

| | |
|---|---|
| Name: | Benjamin Robert Haggar |
| Email: | ben@benhaggar.com |
| Address: | PO Box 763 |
| | Whistler, BC V0N 1B0 Canada |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | November 30, 2023 |
| Applicant's Tracking Number: | BH2023113001 |

Page 1 of 2

